DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
JULIANA FINLEY (SBN 327910)
jfinley@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Plaintiffs
GARTH FISHER, M.D. and GARTH
FISHER SKIN CARE, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARTH FISHER, M.D., an individual, and GARTH FISHER SKIN CARE, LLC, a California limited liability company,<br><br>        Plaintiffs,<br><br>        v.<br><br>REXFORD SURGICAL INSTITUTE INC., a California corporation; SHAPOUR DANIEL GOLSHANI, M.D., an individual; MALCOLM LESAVOY, M.D., an individual; and DOES 1 through 10,<br><br>        Defendants. | Case No.: 2:21-cv-5795<br>_____<br><br>**COMPLAINT FOR:**<br><br>**(1) FEDERAL TRADEMARK INFRINGEMENT [15 U.S.C. § 1114]**<br><br>**(2) FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION [15 U.S.C. § 1125(a)]**<br><br>**(3) FALSE ADVERTISING [15 U.S.C. § 1125(a)]**<br><br>**(4) FALSE ENDORSEMENT [15 U.S.C.§ 1125(a)]**<br><br>**(5) VIOLATION OF STATUTORY RIGHT OF PUBLICITY [CAL. CIV. CODE § 3344.1]**<br><br>**DEMAND FOR JURY TRIAL** |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

**COMPLAINT**

Plaintiffs Garth Fisher, M.D. ("Dr. Fisher") and Garth Fisher Skin Care, LLC ("GFSC" and, collectively with Dr. Fisher, "Plaintiffs"), for their complaint against defendants Rexford Surgical Institute Inc. ("RSI"), Shapour Daniel Golshani, M.D. ("Dr. Golshani"), Malcolm Lesavoy, M.D. ("Dr. Lesavoy") and DOES 1-10 (collectively with RSI, Dr. Golshani, and Dr. Lesavoy, "Defendants") hereby allege as follows:

**JURISDICTION AND VENUE**

1.     This Court has jurisdiction over Plaintiffs' claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338 because this is an action arising under federal law relating to trademarks – specifically, the Trademark Act of 1946, as amended, 15 U.S.C. §§ 1051, *et seq*. (the Lanham Act).  The pendent state law claims are so related to the federal claims that they form part of the same case or controversy pursuant to Article III of the United States Constitution; thus, the Court has supplemental jurisdiction over those claims pursuant to 28 U.S.C. § 1367(a).

2.     Venue is proper in this District pursuant to 28 U.S.C. 1391(b)(1) and (2) because, upon information and belief, each of the Defendants resides in this District and all of the Defendants are residents of California, and because a substantial part of the events giving rise to the claims asserted herein occurred in this District.

**NATURE OF THE ACTION**

3.     This is a civil action seeking damages and injunctive relief for willful trademark infringement, false designation of origin, false endorsement, unfair competition, and false advertising under the laws of the United States, 15 U.S.C. §§ 1051, *et seq*. (the "Lanham Act"), and violation of the statutory right of publicity, Cal. Civ. Code § 3344.1.

4.     Dr. Fisher is widely regarded as one of the top plastic surgeons in the world, having performed aesthetic/cosmetic medical procedures on patients that

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

20449413.5
225357-10009

COMPLAINT

rank among the highest echelons of Hollywood's A-list talents and leaders in the business world.  His achievements in, and contributions to, the field of plastic surgery, for which he was knighted in 2014, have been highlighted in countless media outlets and television appearances, including ABC's *Extreme Makeover*.  As a result, Dr. Fisher has become a renowned leader in his field and his services are highly sought out by prospective clientele from around the world.

5.      Unfortunately, Defendants – who also offer plastic surgery services in the Beverly Hills area – have elected to advertise their services by infringing on and misappropriating Dr. Fisher's federally registered trademarks, falsely implying a connection between Dr. Fisher and their own medical practice in an attempt to trade off of the valuable goodwill Dr. Fisher has developed in his name, his practice, and his trademarks.

6.      Dr. Fisher, along with GFSC, the owner of the trademarks at issue here, brings this action to enjoin Defendants' unauthorized use of Plaintiffs' marks in advertisements for their services and for damages, in an amount to be determined at trial but in no event less than $1 million, due to the confusion that Defendants' acts have likely caused amongst consumers and the harm that has been caused to Plaintiffs, the value of their intellectual property rights, and Dr. Fisher's esteemed reputation.

## THE PARTIES

7.      Plaintiff Garth Fisher, M.D. ("Dr. Fisher") is an individual who resides in Los Angeles County, California.  Dr. Fisher maintains a medical practice with offices located at 120 S. Spalding Dr., #222, Beverly Hills, California 90212.

8.      Plaintiff Garth Fisher Skin Care, LLC ("GFSC") is a California limited liability company.  GFSC is the registrant and owner of the trademarks at issue in this suit, as discussed herein.

9.      Upon information and belief, defendant Rexford Surgical Institute Inc. ("RSI") is a California corporation with offices located at 9301 Wilshire Blvd., Suite

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

20449413.5
225357-10009

3

COMPLAINT

401, Beverly Hills, California 90210.  Upon information and belief, RSI owns and operates the website http://beverlyhillssurgicalassociates.com/.

10.    Upon information and belief, defendant Shapour Daniel Golshani, M.D. ("Dr. Golshani") is an individual who resides in Los Angeles County, California.  Plaintiffs are informed and believe that Dr. Golshani is a plastic surgeon and the incorporator of RSI, and that at all relevant times he has directed and controlled the activities of RSI, including the acts complained of herein.

11.    Upon information and belief, defendant Malcolm Lesavoy, M.D. ("Dr. Lesavoy") is an individual who resides in Los Angeles County, California. Plaintiffs are informed and believe that Dr. Lesavoy is a plastic surgeon and that at all relevant times he has directed and controlled the activities of RSI, including the acts complained of herein.

12.    Upon information and belief, DOES 1-10 are individuals and business entities who have participated or assisted in the conduct alleged herein or are otherwise responsible therefor.  The identities of these DOE defendants presently are not and cannot be known to Plaintiffs, but these persons and/or entities will be added as named defendants to this action as and when they are identified.

13.    Upon information and belief, at all times herein mentioned, each DOE defendant was the agent, servant, subsidiary, partner, member, associate, co-conspirator, representative, aider and abettor or employee of Defendants and each other DOE defendant, and in connection with the conduct herein alleged, was acting within the course and scope of such relationship, and that Defendants and each DOE defendant ratified each and every act, omission, and thing done by each and every other defendant.

## GENERAL ALLEGATIONS

### I.    DR. FISHER'S RENOWNED PRACTICE AND TRADEMARKS

14.    By delicately balancing his surgical acumen, medical judgment, and artistic sensibility over decades of determined work to become a leader in his field,

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20449413.5
225357-10009

4

COMPLAINT

Dr. Fisher has reached the pinnacle of success as a plastic surgeon. Widely regarded as an impeccably-skilled surgeon with a caring bedside manner and keen eye for beauty, Dr. Fisher has performed procedures for A-list celebrities, prominent super models and fashion icons, royalty, Fortune 500 business executives, and others at his Beverly Hills-based office, helping his patients find happiness in achieving their plastic surgery goals. His services are highly in demand and his clientele travels from around the world to receive treatments from Dr. Fisher.

15. Dr. Fisher's expertise has also been recognized by medical publications that compile lists of doctors at the top of their fields. Best Doctors, a highly respected medical referral service based on peer-reviewed evaluations of medical professionals, selected Dr. Fisher as one of the top plastic surgeons in the country for facial cosmetic and breast surgeries. Dr. Fisher was also recognized as a "best-in-class" plastic surgeon by Castle Connolly Top Doctors, a listing service that honors less than 1% of the country's physicians and is based on an un-biased research and selection process.

16. Sometimes referred to as the "Plastic Surgeon to the Stars," Dr. Fisher's practice is inextricably intertwined with the entertainment industry. Since being the first plastic surgeon featured on ABC's hit television series *Extreme Makeover*, Dr. Fisher has taken an innovative approach to utilizing the media to provide information regarding plastic surgery to the general public, leading to greater transparency and public knowledge of the field which has generally improved the quality of care for plastic surgery patients. In addition to his featured role on *Extreme Makeover*, Dr. Fisher has appeared in many other television and print outlets to share his expertise, including *Oprah*, *Larry King Live*, *Access Hollywood*, *Keeping Up With the Kardashians*, *Good Morning America*, *Elle*, *Allure*, *GQ*, and *Los Angeles Magazine*, among many others.

17. Dr. Fisher has long marketed his services and his practice online through his website located at https://www.garthfisher.com. Prominently located at

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20449413.5
225357-10009

5

COMPLAINT

the top of the main page and each sub-page of his website is his name, GARTH FISHER, MD.  Dr. Fisher's website and his online marketing efforts play a critical role in providing information regarding Dr. Fisher's practice to prospective patients who are searching for a plastic surgeon capable of performing procedures at Dr. Fisher's level of expertise and care.

18.     Dr. Fisher has also created, marketed, and distributed goods bearing the mark GARTH FISHER, MD, including lines of skin care products and informational videos, "The Naked Truth About Plastic Surgery" and "The Naked Truth About Anesthesia," developed to educate consumers about the procedures, risks, and rewards of plastic surgery.

19.     As identifiers of the sterling reputation and goodwill Dr. Fisher has developed for himself, his practice, and his products, Dr. Fisher, through GFSC, an entity he owns and controls, owns and uses numerous federal registrations of trademarks and service marks consisting of the words GARTH FISHER, M.D., including, but not limited to, U.S. Reg. Nos. 3,475,905; 3,848,971; 3,851,664; and 3,878,947 to identify the services and goods Dr. Fisher provides to the public. Pertinent information regarding the Fisher Marks is shown in the table below:

| Mark | Reg. No. | Reg. Date |
|------|----------|-----------|
| GARTH FISHER, M.D. | 3,475,905 | 7/29/08 |
| GARTH FISHER, M.D. | 3,848,971 | 9/14/10 |
| GARTH FISHER, M.D. | 3,851,664 | 9/21/10 |
| GARTH FISHER, M.D. | 3,878,947 | 11/23/10 |

20.     Each of the above-referenced trademark registrations is valid and subsisting, and, together with Dr. Fisher's common law rights in the mark GARTH FISHER, M.D. (collectively, the "Fisher Marks"), make the Fisher Marks valuable assets owned by Plaintiffs.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20449413.5
225357-10009

6

COMPLAINT

21.     Plaintiffs are the exclusive owners of the Fisher Marks and all of the related business and goodwill throughout the United States.  Attached hereto as **Exhibit A** are true and correct copies of the trademark registration certificates for the Fisher Marks as issued by the United States Patent and Trademark Office.

22.     Plaintiffs have expended substantial sums of money and significant effort to advertise and promote Dr. Fisher's services and goods bearing the Fisher Marks which has allowed Dr. Fisher to attract patients and perform over 25,000 cosmetic procedures.  As a result, each of the Fisher Marks has acquired strong secondary meaning signifying Dr. Fisher.

23.     Due to Dr. Fisher's extensive marketing efforts, the success of his practice, and the professional reputation he has developed as a leader in his field, the Fisher Marks have each become extremely valuable corporate assets.

## II.     DEFENDANTS' WRONGFUL ACTS

24.     Plaintiffs are informed and believe that RSI is the owner and operator of the websites located at http://beverlyhillssurgicalassociates.com/ and https://bhsa.pro.  Both websites serve the function of marketing a medical practice group using the name Beverly Hills Surgical Associates ("BHSA").  The websites provide potential consumers information on the medical procedures offered by BHSA, including plastic surgery, pricing information for the procedures, and contact information to schedule an appointment in advance of a consumer undergoing a procedure, among other information.

25.     According to the BHSA website located at https://bhsa.pro, Dr. Golshani and Dr. Lesavoy are physicians affiliated with BHSA, with photographs and biographies of each of these doctors being featured in the "About Us" section of the website.  Those biographies indicate that both Dr. Golshani and Dr. Lesavoy are plastic surgeons practicing in or around Beverly Hills, California and thus are direct competitors with Dr. Fisher.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20449413.5
225357-10009

7

COMPLAINT

1    26.    It has recently come to Dr. Fisher's attention that search results for

2  "Garth Fisher MD" on the Internet search engine Google, located at

3  https://www.google.com, return "Sponsored Links" advertising BHSA and its

4  website http://beverlyhillssurgicalassociates.com (the "Infringing Advertisement"),

5  providing the Internet user who performed a search for "Garth Fisher MD" the

6  ability to click the link included in the Infringing Advertisement and be **redirected**

7  to the BHSA website.  Egregiously, the advertising copy for the Infringing

8  Advertisement prominently includes the mark GARTH FISHER, M.D., as shown

9  below:



Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20449413.5
225357-10009

8

COMPLAINT

27.    Search engines, such as Google, are powerful tools that allow Internet users to search for a word or phrase and be returned a list of hyperlinks to websites that the search engine has determined to be relevant to the user's requested search. Search engines typically return two types of search results to the user: "natural" or "organic" results that the search engine has determined, according to its own algorithm, to be relevant to the user's search, and "Sponsored Links." Like other search engines, Google, through its AdWords program, allows advertisers to purchase keywords that, when searched for by a user of that search engine, will cause the advertiser's advertisement to appear as a Sponsored Link in the search results provided to the user.

28.    Upon information and belief, Defendants have, without authorization, purchased the Fisher Marks, comprised of the words GARTH FISHER, M.D., as a keyword through Google's AdWords program, causing the Infringing Advertisement to be displayed as a Sponsored Link whenever a Google user searches for the words "Garth Fisher MD."

29.    Defendants escalated their wrongful conduct one step further, however, choosing to use the Fisher Marks in commerce not only in their selection of keywords determining when the Infringing Advertisement would be displayed as a Sponsored Link, but also **by using the Fisher Marks directly in the Infringing Advertisement itself**, as shown in greater detail below:

Ad · ads.beverlyhillssurgicalassociates.com/facelift ▾   (877) 749-0620

Garth fisher MD FACS - Payments as low as $277/month

We also offer in house financing. Top rated & 5 star reviewed. Free consultation. Decades of combined experience you can rely on. Are you ready to feel young again?

Deal: $1,000 off Facelift

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

30.     Upon information and belief, Defendants have been engaging in such wrongful conduct since July 2020, if not earlier.

31.     Plaintiffs are not affiliated, connected, or associated with Defendants and have not authorized Defendants, collectively or individually, to use the Fisher Marks, whether by way of a license or otherwise.

32.     Upon information and belief, Defendants adopted and use the Fisher Marks in the Infringing Advertisement with full knowledge of, and in willful disregard of, Plaintiffs' intellectual property rights, and with the intent to take advantage of the goodwill that Plaintiffs have developed in the Fisher Marks.

33.     Defendants' actions in purchasing the Fisher Marks as keywords in their Google AdWords advertising campaign and then using the Fisher Marks prominently within the text of the Infringing Advertisement itself is likely to cause consumer confusion, mistake, or deception as to the source of Defendants' services and/or Dr. Fisher's affiliation with, sponsorship of, or connection to Defendants and their services.

34.     As an example, a potential plastic surgery consumer may decide to research plastic surgery procedures and physicians by using the Google search engine.  If the consumer is familiar with Dr. Fisher – whether because of his reputation as one of the best plastic surgeons in the world, his media appearances, or the consumer's familiarity with Dr. Fisher's skin care products bearing the Fisher Marks – the consumer may decide to conduct a Google search of the words "Garth Fisher MD."  If the Google results from such a search display the Infringing Advertisement, the consumer may believe that Dr. Fisher's services are provided through BHSA due to his name being attached to a link to one of BHSA's websites, or that Dr. Fisher has endorsed the plastic surgery services being offered by Defendants, or that Dr. Fisher offers his services for "[p]ayments as low as $277/month," among other types of confusion or mistake that are likely to be caused

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

20449413.5
225357-10009

10

COMPLAINT

1    by Defendants' unauthorized use of the Fisher Marks in the Infringing

2    Advertisement.

3          35.    Defendants' wrongful uses of the Fisher Marks in the selection of

4    keywords for their marketing via Google AdWords and in the Infringing

5    Advertisement itself has caused significant damage to Dr. Fisher's reputation

6    because the conduct confuses the nature and value of Dr. Fisher's services in the

7    minds of consumers who view the Infringing Advertisement after conducting a

8    Google search for Dr. Fisher's name.  Dr. Fisher has spent many years developing a

9    reputation as an elite surgeon who provides the highest level of skill and care to his

10   patients.  The content of Defendants' Infringing Advertisement creates the false,

11   misleading, and confusing impression in consumers that Dr. Fisher offers "budget"

12   services rather than the premium quality of care he is reputed to provide.

13         36.    Upon information and belief, Defendants have willfully and

14   deliberately used the Fisher Marks in their Infringing Advertisement, in bad faith, in

15   order to trade off of Dr. Fisher's reputation and the goodwill Plaintiffs have

16   developed in the Fisher Marks.  By drawing consumers with a legitimate interest in

17   Dr. Fisher's practice in to their own website through the use of the Fisher Marks in

18   their Infringing Advertisement, only to then offer their own competing plastic

19   surgery services to the consumer, Defendants are creating initial interest confusion

20   that is greatly damaging to Plaintiffs.  Not only do Defendants' actions create the

21   risk that Dr. Fisher will lose potential patients searching for his services because

22   they were misleadingly redirected to Defendants' website, but the value of the

23   Fisher Marks is damaged because the consumer confusion caused by Defendants'

24   wrongful acts weakens the Fisher Marks' ability to serve as source identifiers of Dr.

25   Fisher and his services.

26

27

28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20449413.5
225357-10009

11

COMPLAINT

# **FIRST CLAIM FOR RELIEF**

## **(Federal Trademark Infringement in Violation of 15 U.S.C. § 1114 Against All Defendants)**

37.     Plaintiffs reallege and incorporate herein by reference the allegations of the preceding paragraphs as if fully set forth herein.

38.     Plaintiffs, through GFSC, own valid and subsisting federal registrations for the Fisher Marks.

39.     Defendants' unauthorized use in commerce of the Fisher Marks as keywords in their Google AdWords advertising and unauthorized use of the Fisher Marks in the Infringing Advertisement, such uses being made in connection with the sale, offering for sale, distribution, and/or advertising of Defendants' services, are likely to cause confusion, mistake, or deception as to source, affiliation, or sponsorship in violation of 15 U.S.C. § 1114.

40.     Upon information and belief, Defendants adopted and use the Fisher Marks with full knowledge of, and in willful disregard of, Plaintiffs' rights in its trademarks, and with the bad faith intent to obtain a commercial advantage that Defendants otherwise would not have by trading off of the valuable goodwill and strong brand recognition associated with the Fisher Marks, making this an exceptional case pursuant to 15 U.S.C. § 1117.

41.     Plaintiffs have been, and will continue to be, damaged by Defendants' infringement in an amount to be determined at trial, but in no event less than $1 million.

42.     Defendants' acts are greatly and irreparably damaging to Plaintiffs and will continue to damage Plaintiffs unless enjoined by the Court such that Plaintiffs are without an adequate remedy at law.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

20449413.5
225357-10009

12

COMPLAINT

## SECOND CLAIM FOR RELIEF

### (False Designation of Origin and Unfair Competition in Violation of 15 U.S.C. § 1125(a) Against All Defendants)

43.     Plaintiffs reallege and incorporate herein by reference the allegations of the preceding paragraphs as if fully set forth herein.

44.     Defendants' unauthorized use in commerce of the Fisher Marks as keywords in their Google AdWords advertising and their unauthorized use of the Fisher Marks in the Infringing Advertisement, such uses being made in connection with Defendants' services being offered through the BHSA websites, are false designations of origin and false and misleading representations of fact which are likely to cause confusion, mistake, or deception as to Defendants' affiliation, connection, or association with Plaintiffs, or as to the origin of Defendants' services, and falsely represents that Defendants' services are sponsored by, approved by, endorsed by, or connected with Plaintiffs.

45.     Defendants' acts constitute false designation of origin and unfair competition in violation of 15 U.S.C. § 1125(a).

46.     Upon information and belief, Defendants' conduct is willful, deliberate, intentional, and done in bad faith, as Defendants have used the Fisher Marks, without authorization, in advertising their services so as to deceive consumers as to the origin of Defendants' and/or Dr. Fisher's services and/or goods, making this an exceptional case pursuant to 15 U.S.C. § 1117.

47.     The consumer deception caused by Defendants' conduct is material and is likely to influence consumers' purchasing decisions.

48.     Plaintiffs have been, and will continue to be, damaged by Defendants' conduct in an amount to be determined at trial, but in no event less than $1 million.

49.     Defendants' acts are greatly and irreparably damaging to Plaintiffs and will continue to damage Plaintiffs unless enjoined by the Court such that Plaintiffs are without an adequate remedy at law.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20449413.5
225357-10009

13

COMPLAINT

**THIRD CLAIM FOR RELIEF**

**(False Advertising in Violation of 15 U.S.C. § 1125(a) Against All Defendants)**

50.     Plaintiffs reallege and incorporate herein by reference the allegations of the preceding paragraphs as if fully set forth herein.

51.     Defendants' Infringing Advertisement is a commercial advertisement, placed in interstate commerce, describing the nature, characteristics, qualities and/or geographic origin of Dr. Fisher's and Defendants' services.

52.     Defendants' use of the Fisher Marks in their Infringing Advertisement, which reads "Garth fisher MD FACS – Payments as low as $277/month" and which links to, and is displayed directly beneath, a URL leading to the BHSA website, is a false and/or misleading statement of fact about Dr. Fisher's and Defendants' services in that it falsely states prices for Dr. Fisher's services and falsely and/or misleadingly indicates an affiliation between Dr. Fisher and Defendants, or Dr. Fisher's approval, sponsorship, or endorsement of Defendants and their services.

53.     The false and/or misleading representations made by Defendants in the Infringing Advertisement are material in that they are likely to influence consumers' purchasing decisions.

54.     Defendants' conduct constitutes false advertisement in violation of 15 U.S.C. § 1125(a).

55.     Plaintiffs have been, and will continue to be, damaged by Defendants' false and/or misleading advertisement, in an amount to be determined at trial, but in no event less than $1 million, because the Infringing Advertisement causes reputational injury to Dr. Fisher and, on information and belief, has caused, and will continue to cause, a diversion of potential customers, who have sought out Dr. Fisher's services, away from Dr. Fisher and to Defendants.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20449413.5
225357-10009

14

COMPLAINT

## FOURTH CLAIM FOR RELIEF

### (False Endorsement in Violation of 15 U.S.C. § 1125(a) Against All Defendants)

56.     Plaintiffs reallege and incorporate herein by reference the allegations of the preceding paragraphs as if fully set forth herein.

57.     Plaintiffs are the owners of the statutory and common law rights associated with the Fisher Marks, including the right to decide whether to associate Dr. Fisher and the Fisher Marks with any third party for purposes relating to sponsorship and/or endorsement.

58.     Defendants' unauthorized use in commerce of the Fisher Marks as keywords in their Google AdWords advertising and their unauthorized use of the Fisher Marks in the Infringing Advertisement, such uses being made in connection with Defendants' services being offered through the BHSA websites, are likely to cause confusion, mistake, or deception as to Plaintiffs' sponsorship and/or endorsement of Defendants' and/or the services being offered by Defendants.

59.     Defendants' efforts to trade off of the goodwill developed by Plaintiffs in the Fisher Marks and by falsely and/or misleadingly representing that Dr. Fisher is affiliated with or has sponsored or endorsed Defendants and/or their services constitute false endorsement in violation of 15 U.S.C. § 1125(a).

60.     Upon information and belief, Defendants' conduct is willful, deliberate, intentional, and done in bad faith, as Defendants have used the Fisher Marks, without authorization, in advertising their services so as to deceive consumers as to Dr. Fisher's affiliation with or endorsement of Defendants' services, making this an exceptional case pursuant to 15 U.S.C. § 1117.

61.     The consumer deception caused by Defendants' conduct is material and is likely to influence consumers' purchasing decisions.

62.     Plaintiffs have been, and will continue to be, damaged by Defendants' conduct in an amount to be determined at trial, but in no event less than $1 million.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20449413.5
225357-10009

15

COMPLAINT

63.     Defendants' acts are greatly and irreparably damaging to Plaintiffs and will continue to damage Plaintiffs unless enjoined by the Court such that Plaintiffs are without an adequate remedy at law.

## FIFTH CLAIM FOR RELIEF

### (Violation of Statutory Right of Publicity, Cal. Civ. Code § 3344.1 Against All Defendants)

64.     Plaintiffs reallege and incorporate herein by reference the allegations of the preceding paragraphs as if fully set forth herein.

65.     By way of their conduct described herein, Defendants have knowingly used Dr. Fisher's name in their Infringing Advertisement, without Plaintiffs prior consent, for purposes of advertising or selling, or soliciting purchases of, the plastic surgery services offered by Defendants.  Such conduct is in violation of the intellectual property rights Dr. Fisher has in his name and likeness pursuant to Cal. Civ. Code § 3344.1.

66.     As a direct and proximate result of Defendants' actions, Defendants have wrongfully profited and Plaintiffs have suffered damages in an amount to be determined at trial, but in no event less than $1 million.

67.     Defendants' acts are greatly and irreparably damaging to Plaintiffs and will continue to damage Plaintiffs unless enjoined by the Court such that Plaintiffs are without an adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:

1.     Enter judgment that Defendants have violated the Lanham Act, 15 U.S.C. §§ 1114 and 1125, and that such violations were willful and intentional, making this an exceptional case pursuant to 15 U.S.C. § 1117;

2.     Issue a preliminary and permanent injunction enjoining and restraining Defendants, their agents, servants, employees, successors, assigns, and all other

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20449413.5
225357-10009

16

COMPLAINT

persons acting in concert or in participation with Defendants, jointly and severally, from:

     a.   directly or indirectly engaging in any further infringement of Plaintiffs' trademark rights, including their rights in the Fisher Marks;

     b.   directly or indirectly engaging in any further unfair business practices, including false designation of origin, false endorsement, and false advertising in connection with the Fisher Marks or Dr. Fisher; and

     c.   further purchasing the Fisher Marks, or any other intellectual property owned by Plaintiffs, as keyword advertising search terms.

3.   Require Defendants to immediately recall, retract, and remove any advertising or promotional materials bearing or infringing on the Fisher Marks or any other intellectual property owned by Plaintiffs;

4.   Order Defendants to account to Plaintiffs for all profits wrongfully derived by their unlawful conduct and to pay to Plaintiffs:

     a.   All monetary actual and/or statutory damages sustained and to be sustained by Plaintiffs as a consequence of Defendants' unlawful conduct, including lost profits and corrective advertising damages, in an amount to be determined at trial, but in no event less than $1 million;

     b.   All profits, gains, and advantages obtained by Defendants from their unlawful conduct;

     c.   Exemplary damages, including treble damages, resulting from Defendants' unlawful conduct, pursuant to 15 U.S.C. § 1117;

     d.   Pre-judgment interest on all damages; and

     e.   Plaintiffs' costs and disbursements in this action, including its reasonable attorneys' fees, pursuant to 15 U.S.C. § 1117.

5.   Direct that each of the Defendants file with this Court and serve on counsel for Plaintiffs within thirty days after entry of any injunction issued by the

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20449413.5
225357-10009

17

COMPLAINT

Court, a sworn written statement pursuant to 15 U.S.C. § 1116 setting forth in detail the manner and form in which they have complied with the injunction; and

6.    Order any such other or further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38(b), Plaintiffs respectfully demand a trial by jury of all issues so triable by a jury.

Dated:  July 16, 2021

LOEB & LOEB LLP
DAVID GROSSMAN
JULIANA FINLEY

By: _____
David Grossman
Juliana Finley
Attorneys for Plaintiffs
Garth Fisher, M.D. and Garth Fisher Skin
Care, LLC

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

20449413.5
225357-10009

18

COMPLAINT

# EXHIBIT A

Int. Cl.: 44

Prior U.S. Cls.: 100 and 101

United States Patent and Trademark Office

Reg. No. 3,475,905

Registered July 29, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# GARTH FISHER, M.D.

GARTH FISHER SKIN CARE, LLC (CALIFOR-
  NIA LTD LIAB CO)
SUITE 222
120 SOUTH SPAULDING DRIVE
BEVERLY HILLS, CA 90212

   FOR: COSMETIC AND PLASTIC SURGERY, IN
CLASS 44 (U.S. CLS. 100 AND 101).

   FIRST USE 7-1-1991; IN COMMERCE 7-1-1991.

   THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

   NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "M.D.", APART FROM THE MARK
AS SHOWN.

   THE NAME(S), PORTRAIT(S), AND/OR SIGNA-
TURE(S) SHOWN IN THE MARK IDENTIFIES
"GARTH FISHER", WHOSE CONSENT(S) TO REG-
ISTER IS MADE OF RECORD.

   SER. NO. 77-353,138, FILED 12-15-2007.

PAUL MORENO, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# GARTH FISHER, M.D.

**Reg. No. 3,878,947**
**Registered Nov. 23, 2010**

**Int. Cl.: 44**

**SERVICE MARK**

**PRINCIPAL REGISTER**

GARTH FISHER SKIN CARE, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
120 SOUTH SPALDING DRIVE, SUITE 222
BEVERLY HILLS, CA 90212

FOR: PROVIDING WEB SITE FEATURING INFORMATION AND CONTENT ON AESTHETIC MEDICINE, PLASTIC AND RECONSTRUCTIVE SURGERY, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 4-1-2000; IN COMMERCE 4-1-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,475,905.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "M.D.", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES "GARTH FISHER", WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SER. NO. 77-917,411, FILED 1-21-2010.

GENE MACIOL, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

## GARTH FISHER, M.D.

**Reg. No. 3,848,971**

**Registered Sep. 14, 2010**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

GARTH FISHER SKIN CARE LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
SUITE 222
120 SOUTH SPAULDING DRIVE
BEVERLY HILLS, CA 90212

FOR: PRINTED PUBLICATIONS, NAMELY, BOOKLETS IN THE FIELDS OF BEAUTY, AESTHETIC MEDICAL AND COSMETIC PROCEDURES , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-1-2009; IN COMMERCE 4-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "M.D.", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES GARTH FISHER, WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SN 77-979,927, FILED 12-15-2007.

PAUL MORENO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# GARTH FISHER, M.D.

**Reg. No. 3,851,664**

**Registered Sep. 21, 2010**

**Int. Cls.: 3 and 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

GARTH FISHER SKIN CARE LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
SUITE 222
120 SOUTH SPAULDING DRIVE
BEVERLY HILLS, CA 90212

FOR: NON-MEDICATED SKINCARE PRODUCTS, NAMELY, ANTI-AGING CREAMS, LO-
TIONS, SERUMS AND GELS; SKIN EXFOLIANTS; SKIN MOISTURIZERS; COSMETIC SUN-
PROTECTING PREPARATIONS, NAMELY, CREAMS FOR THE PROTECTION OF THE
SKIN FROM ULTRAVIOLET RADIATION, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-19-2009; IN COMMERCE 1-19-2009.

FOR: DIGITAL MEDIA, NAMELY, PRE-RECORDED DIGITAL VIDEO DISCS AND
DOWNLOADABLE VIDEO RECORDINGS FEATURING INFORMATION ABOUT AESTHETIC
MEDICAL AND COSMETIC PROCEDURES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-2002; IN COMMERCE 12-1-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "M.D.", APART FROM THE
MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES
"GARTH FISHER", WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SN 77-979,928, FILED 12-15-2007.

PAUL MORENO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office