JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GARTH FISHER, M.D. and individual and GARTH FISHER SKIN CARE, LLC, a California limited liability company,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>REXFORD SURGICAL INSTITUTE INC., a California corporation; SHAPOUR DANIEL GOLSHANI, M.D., an individual; MALCOLM LESAVOY, M.D., an individual; and DOES 1 through 10,<br><br>　　　　Defendants.<br><br>REXFORD SURGICAL INSTITUTE INC., a California corporation; SHAPOUR DANIEL GOLSHANI, M.D., an individual; and MALCOLM LESAVOY, M.D., an individual,,<br><br>　　　　Counter-Claimants,<br><br>v.<br><br>GARTH FISHER, M.D., an individual; and DOES 1 through 50,<br><br>　　　　Counter-Defendants. | **CASE NO. 2:21 cv-05795-DSF-JPR**<br><br>**ORDER DISMISSING ACTION**<br><br>The Hon. Dale S. Fischer<br><br>Trial Date: August 22, 2023 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

# **O R D E R**

Good cause appearing therefore, and based on the parties' Stipulation of May 11, 2023,

**IT IS HEREBY ORDERED** that the entire action is dismissed with prejudice. All upcoming hearings and deadlines are hereby vacated.

Dated: May 12, 2023

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE